United States District Court for the Second (2nd) Circuit

Tyrone Hurt
(rel: Hoover u. Kenningan)
317 Kentucky Ave. S.E.
#2 W.D.C., 20003
(202) 593-6251

Civil Action No.

Plaintiff

and

Founding Fathers to the U.S.
Constitution, (1685-)(1775-)
(rel: Hoover u. Kenney, 1973)

and

The American Heritage College
Dictionary

Defendants,

v.

Former-President to the United States,
Mr. Donald T. Trump

v.

United States to America,

RECEIVED SDNY PRO SE OFFICE 2022 MAY 26 PM 2:29

RECEIVED US COURT OF APPEALS 2022 MAY 25 AM 10:33

Complaint

1. Jurisdiction to this Honorable Court, pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1915, U.S.C.

(2)

2. The amount in controversy exceeds $75,000.00 dollars exclusive of interest and cost.
3. I am a citizen of the D.C. and of the U.S.A.
4. I demand a trial by a jury on all the issues involved.

### Statement of the Facts of the Case
### Memorandum of Law

1. The Plaintiff, Tyrone Hurt, and respectfully states that for this Honorable Court to: see: Founding Fathers of the U.S. Constitution (1688-)(1775-) and inasmuch, as, former-President of the U.S., Mr. Donald T. Trump, is, to, then, an, elected Holder of this Nation - (or, a voted (casted) by the registered voters of the American people, all, in accordance to the U.S. Constitution, (1688-)(1775-), so, therefore, Mr. Donald Trump, as, is, then, a Billionaire Realtor, can raise all the American currency - (money) that he wants, but, the American people, must keep in mind and Remember, that, Mr. Donald T. Trump is an approximately, twenty (20) year tax evader and as such, said tax evasion is a punishable crime - (re: into: examine: Mr. Michael Cohen - A tax evader, received a three (3) year prison sentence for tax evasion, in which he recently completed and is now out of prison.

So, therefore, 1010 Alli, Donald Trump, Sr., At, present-day, is a citizen to the United States of America and is taxeable and perishable as all other taxeeors' (as, all, Americans, are taxpayers and Mr. Donald Trump, Sr., As, A, citizen, is no exception.).

<u>Motion to proceed In forma pauperis, pursuant to Title 28, Section 1915, U.S.C.</u>

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable Court for leave to proceed <u>in forma pauperis</u>, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, and that 1010 Plaintiff to be allowed and permitted to proceed <u>in forma pauperis</u>, pursuant to Title 28, Section 1915, U.S.C.

<u>Memorandum to Law</u>
1. U.S. Constitution, (1787) (1775-);
2. Title 28, Section 1915, U.S.C.;
3. Black's Law Dictionary, (2009);

See: The American College Dictionary meanings, its merits, Democracy, etc.

### Relief

1. The Plaintiff seeks the inalienable right through the First (1st.) Amendment Right to the U.S. Constitution, (1688-)(1775-) to this pertinent civil action complaint to the American public. The Plaintiff seeks ten (10) Billion Dollars in punitive and monetary Damages against said defendants.

### Affidavit of Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hunt, the Plaintiff, respectfully states that because of my poverty, that I am unable to pre-pay the said costs or taxes for the filing of the foregoing complaint, that I am unable to give surety for the same, that I believe that I am entitled to the redress that I am now seek.

### Attestation to Service

I, Tyrone Hunt, the Plaintiff, respectfully states that I have upon this 17th day of May, 21,

have sent the foregoing complaint, to the U.S. District Ct. for the second (S.D.) Cir., to make service upon the Atty. for the petitioner.

Respectfully submitted,

/s/ _____
(Plaintiff, Pro-Se)
(Brian Wilhelm, 1972)