UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HURT,<br><br>                    Plaintiff,<br><br>-against-<br><br>FORMER PRESIDENT OF THE UNITED STATES, DONALD J. TRUMP, et al.,<br><br>                    Defendants. | 1:22-CV-4357 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 11, 2013, the court barred Plaintiff from filing any new civil action *in forma pauperis* ("IFP") in this court without first obtaining from the court leave to file. *See Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014). Plaintiff files this new *pro se* civil action in this court, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the court's October 11, 2013, order in *Hurt*, ECF 1:13-CV-5365, 3.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  May 31, 2022
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge