UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HURT,<br><br>        Plaintiff,<br><br>  -against-<br><br>FORMER PRESIDENT OF THE UNITED STATES, DONALD J. TRUMP, et al.,<br><br>        Defendants. | 1:22-CV-4357 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 31, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 11, 2013, order in *Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014), this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 31, 2022
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge